1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 **EASTERN DIVISION**

| | | |
|---|---|---|
| 11 **WANDA SUE BRUCE,** | ) | |
| 12 Plaintiff, | ) | Case No. EDCV 12-827 AJW |
| 13 v. | ) | **J U D G M E N T** |
| 14 **CAROLYN W. COLVIN,** **Acting Commissioner of the Social** | ) ) | |
| 15 **Security Administration,** | ) | |
| 16 Defendant. | ) ) | |

**IT IS ADJUDGED** that defendant's decision is **reversed**, and this case is **remanded** for an award of benefits.

February 28, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge